1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    STARVONA HARRIS, ET AL.,                Case No.  4:17-cv-00446-HSG   (KAW)

8              Plaintiffs,                    **ORDER REGARDING 7/27/17 JOINT**
                                              **LETTERS RE: PLAINTIFF**
9         v.                                  **STRICKLAND**

10   BEST BUY STORES, L.P.,                   Re: Dkt. Nos. 60 & 61

11             Defendant.

12

13        On July 27, 2017, the parties filed separate joint letters concerning the sufficiency of

14   Defendant Best Buy's responses to Plaintiff Jonathan Strickland's first set of interrogatories (Dkt.

15   No. 60) and his first set of requests for production of documents (Dkt. No. 61).

16        Currently, pending before the district court is a motion to dismiss all of Plaintiff's claims

17   on res judicata grounds, given that he previously sued Best Buy in state court and lost. (Dkt. No.

18   61 at 5.)  Furthermore, the undersigned ordered Best Buy to supplement its responses to Plaintiff

19   Harris's special interrogatories and requests for production of documents, which should provide

20   Plaintiffs with sufficient information at this point in the pre-class certification stage. (*See* Dkt. No.

21   72.)

22        Accordingly, in an effort to conserve resources, the Court TERMINATES the Strickland

23   joint letters, and directs the parties to refile the dispute should the case survive the pending

24   motion.

25        IT IS SO ORDERED.

26   Dated: September 8, 2017

27                                            _____
                                             KANDIS A. WESTMORE
28                                           United States Magistrate Judge