**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

**BARNES LAW OFFICES**
580 CALIFORNIA ST., 16TH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 231-6110
FACSIMILE: (888) 415-0801
PAGE@PBARNESLAW.COM

PAGE R. BARNES, BAR NO. 153539

ATTORNEYS FOR PLAINTIFF, STARVONA HARRIS,
JONATHAN STRICKLAND AND THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STARVONA HARRIS AND JONATHAN STRICKLAND, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> v. <br><br> BEST BUY STORES, L.P., A LIMITED PARTNERSHIP, <br><br> DEFENDANT. | CASE NO. 4:17-CV-00446 HSG <br><br> STIPULATION RELATING TO CLASS CERTIFICATION MOTION; ORDER THEREON |

1         In June, 2017, the parties submitted a Joint Case Management Conference Statement, in which both parties requested that Plaintiffs file their class certification motion in October, 2017. [Dkt. No. 42.] In response, the Court set a deadline for a hearing relating to the class certification motion of November 30, 2017, along with a normal briefing schedule. [Dkt. No. 44.] Thus, the contemplated filing date was October 26, 2017 (35 days prior to November 30, 2017). The Court also set other deadlines, including a discovery deadline of September 29, 2017. Plaintiffs' counsel noticed that as of late last week, the Court's scheduling notes indicate that no hearing dates are available prior to November 30, 2017. Consequently, Plaintiffs are concerned the November 30, 2017 hearing date will be taken well before it is prepared to file a class certification motion by late October, 2017.

        Magistrate Judge Westmore also ordered Defendant to produce documents and information that Plaintiffs intend to use for class certification, which is due on September 22, 2017. [Dkt. No. 72.] The parties also have a number of discovery issues that, if not resolved very soon, will need to be addressed by Magistrate Judge Westmore.

        Given the above and the parties' desire for additional time to file opposition and reply briefs relating to the class certification motion, the parties enter into this stipulation.

        IT IS HEREBY STIPULATED as follows:

1. Plaintiffs shall have until October 26, 2017 to file their motion for class certification;
2. Defendant shall have three weeks after Plaintiffs' class certification motion is filed to file their opposition to Plaintiffs' motion for class certification;
3. Plaintiffs shall have two weeks after Defendant's opposition to class certification is filed to file their reply brief in support of class certification;
4. The hearing date shall be the first available date on the Court's calendar, which takes into consideration the briefing schedule above and is at least two weeks after Plaintiffs' reply brief is filed.

|  |  |
|---|---|
| DATE: SEPTEMBER 19, 2017 | WOODALL LAW OFFICES<br>BARNES LAW OFFICES |

BY: /S/ PAGE R. BARNES
　　　PAGE R. BARNES
ATTORNEYS FOR PLAINTIFFS, STARVONA HARRIS, JONATHAN STRICKLAND AND SIMILARLY SITUATED FORMER AND CURRENT EMPLOYEES OF DEFENDANT

DATE: SEPTEMBER 19, 2017　　　　MORGAN, LEWIS & BOCKIUS LLP

BY: /S/ BRYAN L. JARRETT
　　　BRYAN L. JARRETT
ATTORNEYS FOR DEFENDANT BEST BUY STORES, L.P.

## **ORDER**

For good cause shown, the Court hereby orders as follows:

1. Plaintiffs shall have until October 26, 2017 to file their motion for class certification;

2. Defendant shall have until November 16, 2017 to file their opposition to Plaintiffs' motion for class certification;

3. Plaintiffs shall have until November 30, 2017 to file their reply brief in support of class certification;

4. The last day to hear the motion for class certification is December 14, 2017 at 2:00 p.m.

Dated: September 20, 2017

　　　　　　　　　　　　　　　　　　　Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　U.S. District Court Judge