UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARVONNA HARRIS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BEST BUY STORES, L.P.,<br><br>    Defendant. | Case No. 17-cv-00446-HSG<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO EXTEND PLAINTIFFS' DEADLINE TO PRODUCE AN EXPERT REPORT**<br><br>Re: Dkt. No. 67 |

On August 31, 2017, Plaintiffs moved to extend their expert report deadline until 45 days of Defendant's production of information regarding putative class members, or to file a supplemental report by that time. Dkt. No. 67 ("Mot."). On September 14, 2017, Defendant filed an opposition to the motion. Dkt. No. 74 ("Opp."). Plaintiffs replied on September 21, 2017. Dkt. No. 77. After considering these filings, the Court **DENIES** Plaintiffs' request for an extension to produce an expert report or for a supplemental expert report. Plaintiffs have failed to show unfair prejudice in the absence of an extension or the opportunity to file an additional report. *See* Mot. at 2–3; Opp. at 4–7. Plaintiffs also have not shown good cause for modifying the Court's Scheduling Order. *See id.*; Dkt. No. 44.

**IT IS SO ORDERED.**

Dated: 10/31/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge