MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller (SBN 167223)
barbara.miller@morganlewis.com
Alejandro D. Szwarcsztejn (SBN 272371)
david.szwarcsztejn@morganlewis.com
Sarah J. Allen (SBN 306286)
sara.allen@morganlewis.com
600 Anton Blvd., Suite 1800
Costa Mesa, CA 92626
Tel:    714.830.0600
Fax:   714.830.0700

MORGAN, LEWIS & BOCKIUS LLP
Shannon B. Nakabayashi (SBN 215469)
shannon.nakabayashi@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:    415.442.1000
Fax:   415.442.1001

Attorneys for Defendant
BEST BUY STORES, L.P.

WOODALL LAW OFFICES
Kevin F. Woodall (SBN 180650)
kevin@kwoodalllaw.com
100 Pine Street, Suite 1250
San Francisco, CA  94111
Tel: 415.413.4629
Fax: 866.937.4109

Attorneys for Plaintiffs
STARVONA HARRIS and
JONATHAN STRICKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARVONA HARRIS and JONATHAN STRICKLAND individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY STORES, L.P., a limited partnership,<br><br>Defendants. | Case No. 17-CV-00446-HSG<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE:     April 5, 2018<br>TIME:     2:00 PM<br>CTRM:    2<br>JUDGE:   Hon. Haywood S. Gilliam, Jr. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 32856615.3

JOINT STIP TO CONTINUE HEARING
CASE NO. 17-CV-00446-HSG

TO THE COURT AND TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, Plaintiffs STARVONA HARRIS and JONATHAN STRICKLAND ("Plaintiffs") filed their Motion for Class Certification ("Motion") on October 26, 2017 (Dkt. 85);

WHEREAS, the Court set Plaintiffs' Motion for hearing on April 5, 2018 with (Dkt. 123);

WHEREAS, Defendant's lead counsel Barbara Miller is unavailable on April 5, 2018 because she is out of the country, and she is also unavailable on April 12, 2018 because she is in trial in another matter;

WHEREAS, Defendant's counsel met and conferred with Plaintiffs' counsel on February 22, 2018 to stipulate to continue the Motion hearing;

WHEREAS, Plaintiffs have agreed to continue the Motion hearing from April 5, 2018 to either April 19, 2018 or April 26, 2018, or as soon thereafter as the Court may schedule it for hearing;

WHEREAS, the Parties previously stipulated to extend their class certification briefing deadlines (Dkt. 75), and this Court granted their stipulated request (Dkt. 76); and

WHEREAS, the requested continuance will not otherwise affect this case's schedule;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The hearing on Plaintiffs' Motion shall be continued until April 19, 2018 or April 26, 2018 at 2:00 PM in Courtroom 2 of the Oakland Courthouse of the United States District Court for the Northern District of California, or as soon thereafter as the Court may schedule it for hearing.

SO STIPULATED.

Dated: February 26, 2018    MORGAN, LEWIS & BOCKIUS LLP

By */s/ Barbara J. Miller*
BARBARA J. MILLER
Attorneys for Defendant
BEST BUY STORES, L.P.

Dated: February 26, 2018    WOODALL LAW OFFICES

By */s/ Kevin F. Woodall*
Kevin F. Woodall, Esq.
Attorneys for Plaintiffs
STARVONA HARRIS and JONATHAN STRICKLAND

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 32856615.3

1

JOINT STIP TO CONTINUE HEARING
CASE NO. 17-CV-00446-HSG

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, BARBARA J. MILLER, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 26, 2018

*/s/ Barbara J. Miller*
Barbara J. Miller

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Costa Mesa

DB2/ 32856615.3

2

JOINT STIP TO CONTINUE HEARING
CASE NO. 17-CV-00446-HSG

# **[PROPOSED]** ORDER

Having reviewed the Parties' Stipulation to Continue Hearing on Plaintiffs' Motion for Class Certification, the Court hereby continues the hearing to April 19, 2018 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/27/2018

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
U.S. DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 32856615.3

1

JOINT STIP TO CONTINUE HEARING
CASE NO. 17-CV-00446-HSG