UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARVONA HARRIS and JONATHAN STRICKLAND, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST BUY STORES, L.P., a limited partnership,<br><br>Defendants. | Case No. 4:17-cv-00446-HSG<br><br>**ORDER DENYING JOINT STIPULATION TO CONTINUE TRIAL DATE AND PRETRIAL CONFERENCE DATE**<br><br>Dept.: Courtroom 2 (4th Floor)<br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having reviewed the Joint Stipulation to Continue Trial Date and Pretrial Conference Date submitted by Plaintiff Starvona Harris and Defendant Best Buy Stores, L.P., and upon good cause shown, orders as follows:

The Court hereby GRANTS the request and ORDERS as follows:

1. The Pretrial Conference in this matter shall be continued to May 21, 2019 at 3:00 p.m.; and

2. The Trial in this matter shall be continued to June 3, 2019 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: February 8, 2019

_____
HAYWOOD S. GILLIAM, JR.
District Court Judge

DENIED
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.