**WOODALL LAW OFFICES**
100 PINE STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 413-4629
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

**BARNES LAW OFFICES**
580 CALIFORNIA ST., 16TH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 231-6110
FACSIMILE: (888) 415-0801
PAGE@PBARNESLAW.COM

PAGE R. BARNES, BAR NO. 153539

Attorneys for Plaintiff, Starvona Harris

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STARVONA HARRIS AND JONATHAN STRICKLAND, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> BEST BUY STORES, L.P., A Limited Partnership, <br><br> Defendant. | Case No. 4:17-cv-00446 HSG <br><br> **STIPULATION FOR DISMISSAL; [PROPOSED] ORDER THEREON** |

| | |
|---|---|
| 1 | Pursuant to Federal Rules of Civil Procedure, Rule 41, the parties hereby stipulate |
| 2 | that the above-referenced action shall be dismissed with prejudice pursuant to the terms in |
| 3 | the executed Settlement Agreement and the Court's Order Granting Plaintiff Harris's |
| 4 | Unopposed Motion for Approval of Private Attorneys General Act settlement. |

DATE: JUNE 11, 2019

WOODALL LAW OFFICES
BARNES LAW OFFICES

BY: /S/KEVIN F. WOODALL
    KEVIN F. WOODALL
ATTORNEYS FOR PLAINTIFF, STARVONA HARRIS

DATE: JUNE 11, 2019

MORGAN, LEWIS & BOCKIUS LLP

BY: /S/ALEJANDRO DAVID SZWARCSZTEJN
    ALEJANDRO DAVID SZWARCSZTEJN
ATTORNEYS FOR DEFENDANT BEST BUY STORES, L.P.

# ORDER

Pursuant to the Stipulation of the parties, the Court hereby dismisses the above-referenced action with prejudice pursuant to the Settlement Agreement entered by the parties and the Court's Order Granting Plaintiff Harris's Unopposed Motion for Approval of Private Attorneys General Act settlement.

Dated: 6/18/2019

*Haywood S. Gill, Jr.*
U.S. District Court Judge